```
1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   MICHAEL J. STERN
4  Assistant United States Attorney
   State Bar No. 194342
5     1400 United States Courthouse
      312 North Spring Street
6     Los Angeles, California 90012
      Telephone: (213) 894-3898
7     Michael.Stern@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

*Denied. U.S.A. can get arrest history from CJIS-FBI.*

[Signature] 4-24-08

FILED
CLERK, U.S. DISTRICT COURT
APR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR NO. 08-322-R |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER DIRECTING THE PROBATION DEPARTMENT TO PREPARE A PRESENTENCE REPORT RELATING TO DEFENDANT'S CRIMINAL HISTORY |
| v. | ) |
| DASHON LAVAR RICHARDSON, | ) |
| Defendant. | ) |

O R D E R

Based on the April 22, 2008, request of the parties in this matter, the court grants the parties' motion for an order directing that the probation department prepare a pretrial presentence report relating only to the defendant's criminal history.

IT IS SO ORDERED.

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Dated: