UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>VS.<br><br>DASHON LAVAR RICHARDSON,<br>    Defendant. | ) ) ) ) ) ) ) ) ) | Case Number CR-08-322-R<br><br>NOTICE OF MOTION FOR EXTENSION<br>OF TIME TO FILE INITIAL<br>28 U.S.C. § 2255 MOTION. |

*[Handwritten annotation across motion: "Denied — no good cause shown to authorize extension of time to file now to 1.3.10" and "AND ORDER Denying Motion" with judge's signature dated 11.3.10]*

*[Filed stamp: FILED CLERK, U.S. DISTRICT COURT   NOV -3 2010   CENTRAL DISTRICT OF CALIFORNIA   BY ___ DEPUTY]*

TO THE UNITED STATES ASSISTANT ATTORNEY AND THE UNITED STATES DISTRICT COURT JUDGE, MANUEL L. REAL PRESIDING.

COMES NOW, The Defendant, Dashon Lavar Richardson, In Propria Persona, and hereby move this Honorable Court, for an Extension of Time to file his initial § 2255 motion.

The defendant was given one-year to file his § 2255 motion pursuant to the Antiterrorism and Effective Death Penalty Act of 1996. However, the defendant has just completed his direct appeal at the Ninth Circuit.

Defendant's § 2255 motion is due in January of 2011, defendant is not train in the law and procedures but request for four months to file his issues.

Defendant has limited access to the law library because he is in a full time General Education class at the Institution where he is incarcerated. That is mandatory by the institution until completed by the inmate.

Dated 10-25-2010.

Rsepectfully Submitted By:

*Dashon Richardson*
Dashon Lavar Richardson
Defendant In Propria Persona
P.O. BOX 5300
Adelanto, California 92301

See, Certificate of Service.

Case Number: CR-08-322-R

# CERTIFICATE OF SERVICE

I, Dashon Lavar Richardson hereby certify that I have served a true and correct copy of the following:

EXTENSION OF TIME FOR § 2255 MOTION

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Assistant United States Attorney
312 North Spring Street, Suite 1300
Los Angeles, California
90012

United States District Court
312 North Spring Street
Los Angeles, California
90012

and deposited same in the United States Postal Mail at the United States Penitentiary, California, on this: 25 day of: Oct, 2010.

*Dashon Richardson*
Dashon Lavar Richardson
Defendant